IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 10-cr-00326-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     JERAMY ANTUNA,
2.     ANNA ASKVIG,
3.     SERENA BENAVIDEZ,
4.     LUIS DOMINGUEZ,
5.     JOSE LUIS DOMINGUEZ,
6.     RODOLFO DOMINGUEZ,
7.     NORMA ENRIQUEZ,
8.     RANDY FRIAS,
9.     DOMINGO GARCIA,
10.     CHAUVANNA GESICK,
11.     ROSEANN GONZALES,
12.     MICHAEL GURULE,
13.     DESIREE MARIE HERNANDEZ,
14.     FREDDIE KINZIE-GARCIA,
15.     ELISIA LLAMAS,
16.     AURELIO MADRID,
17.     TERRY MARGHEIM,
18.     JOSE MARTINEZ,
19.     JAVIER MEDINA,
20.     AMANDA MONTES,
21.     CARLOS MORALES-GONZALES,
22.     ELIZABETH NAVARRO,
23.     ANTHONY RIVERA,
24.     TODD ANTHONY SHELTON,
25.     BRIAN THOMPSON,
26.     ONNA MARIE TREVINO,
27.     ANTHONY TRUJILLO,
28.     SKYLER VALENCIA,
29.     MICHELLE VERSEMANN,
30.     ERNEST RUSSELL WILLIAMS,

    Defendants.

_____
**ORDER SETTING TRIAL DATES AND DEADLINES**
_____

This matter has been scheduled for a ten-day jury trial on the docket of Judge Philip A. Brimmer in the U.S. District Courthouse, Courtroom A701, 7th Floor, 901 19th Street, Denver, Colorado, to commence on **August 16, 2010 at 8:00 a.m.** It is

ORDERED that all pretrial motions shall be filed by **July 20, 2010** and responses to these motions shall be filed by **July 27, 2010.** It is further

ORDERED that expert witness disclosures pursuant to Fed. R. Crim. P. 16 shall be made no later than seven days before the deadline for filing pretrial motions and any challenges to such experts shall be made by the pretrial motion filing deadline. It is further

ORDERED that disclosures regarding rebuttal expert witnesses shall be made one week after the deadline for filing pretrial motions and any challenges to such experts shall be made no later than two weeks after the pretrial motions deadline. It is further

ORDERED that a Trial Preparation Conference is set for **August 12, 2010 at 1:30 p.m.** in Courtroom A701. Lead counsel who will try the case shall attend in person.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

1) jury selection;

2) sequestration of witnesses;

3) timing of presentation of witnesses and evidence;

4) anticipated evidentiary issues;

5) any stipulations as to fact or law; and

6) any other issue affecting the duration or course of the trial. It is further

**ORDERED** that a status conference is set for **August 3, 2010 at 1:30 p.m.**


DATED June 28, 2010.

                                        BY THE COURT:

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge