IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: October 15, 2010 |
| Court Reporter: Janet Coppock | Time: one hour and 55 minutes |
| Probation Officer: n/a | Interpreter: n/a |

**CASE NO. 10-CR-00326-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | M J Menendez |
| | Kasandra Carleton |
| | Special Agent Shane Messner |
| Plaintiff, | Special Agent Benjamin Byrd |

vs.

| | | |
|---|---|---|
| 1. | JERAMY ANTUNA, | Scott Jurdem |
| 2. | ANNA ASKVIG, | Thomas Goodreid |
| 3. | SERENA BENAVIDEZ, | David Miller |
| 5. | JOSE LUIS DOMINQUEZ, | Scott Reisch |
| 9. | DOMINGO GARCIA, | Boston Stanton |
| 11. | ROSEANN GONZALES, | Jeffrey Edelman |
| 12. | MICHAEL GURULE | Paula Ray for Lisa Polansky |
| 13. | DESIREE MARIE HERNANDEZ, | Dana Casper |
| 14. | FREDDIE KINZIE-GARCIA, | Ron Gainor |
| 18. | JOSE MARTINEZ, | Paula Ray |
| 19. | JAVIER MEDINA, | Jeralyn Merritt |
| 20. | AMANDA MONTES, | Gail Johnson |
| 22. | ELIZABETH NAVARRO, | Ronald Hahn |
| 23. | ANTHONY RIVERA, | Richard Stuckey |
| 24. | TODD ANTHONY SHELTON, | Ann Kaufman |
| 26. | ONNA MARIE TREVINO, | Daniel Sears |
| 28. | SKYLER VALENCIA, | Lisabeth Castle |
| 29. | MICHELLE VERSEMANN, and | Greg Daniels for Norman Mueller |
| 30. | ERNEST RUSSELL WILLIAMS, | Marc Milavitz |
| | | Sean McDermott |

Defendants.

## MOTIONS HEARING

**1:42 p.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL. Defendants Anna Askvig, Jose Luis Dominguez, Freddie Kinzie-Garcia, Norma Enriquez and Amanda Montes are present and on bond. Remaining defendants are present and in custody. Defendants Rodolfo Dominguez and Luis Dominguez are not present.

Mr. Miiavitz advises that defendant Michelle Versemann is not present but anticipates she will be present.

Mr. Baker and Mr. Taylor's objections to defendants Rodolfo Dominquez and Luis Dominguez not being bought in for this hearing by the U.S. Marshal are noted for the record.

Paula Ray, Laura Menninger and John Sullivan are present on behalf of defendants Terry Margheim, Norma Enrique and Chauvanna Gesick, respectively, who are not present.

Ms. Ray is advised that because of the pending motion to withdraw and hearing scheduled for October 18, 2010, the Court will not address any motions as to defendant Terry Margheim.

**ORDERED:** Government shall produce proffers of any defendant who enters a disposition **15 days** from the entry of such dispositions.

**The Court makes the following ruling on defendants'**

**DISCOVERY MOTIONS**

Doc #462    GRANTED IN PART, DENIED in PART, DENIED as MOOT in PART.
Doc #434    DENIED as MOOT.
Doc #673    DENIED in PART and DENIED as MOOT in PART.

| | |
|---|---|
| Doc #614 | GRANT IN PART as to preservation, DENIED as MOOT and DENIED as OVER BROAD. |
| Doc #672 | GRANTED IN PART as to preservation. |
| Doc #667 | GRANTED IN PART as to preservation. |
| Doc #443 | GRANTED IN PART as to preservation. |
| Doc #660 | GRANTED IN PART as to preservation. |
| Doc #666 | GRANTED in PART, DENIED in PART, DENIED as MOOT in PART. |
| Doc #635 | DENIED as MOOT. |
| Doc #610 | GRANTED in PART, DENIED in PART and DENIED as MOOT in PART. |
| Doc #617 | DENIED as MOOT and DENIED as OVERBROAD. |
| Doc #668 | DENIED as MOOT. |
| Doc #593 | DENIED. |
| Doc #656 | DENIED in PART and DENIED as MOOT, OVERBROAD and VAGUE in PART. |
| Doc #471 | DENIED as MOOT. |
| Doc #438 | GRANTED. |
| Doc #637 | DENIED as MOOT. |
| Doc #663 | DENIED, DENIED as MOOT and DENIED as OVERBROAD. |
| Doc #362 | Court defers ruling. |
| Doc #456 | DENIED, DENIED as MOOT and DENIED as OVERBROAD. |
| Doc #632 | DENIED as MOOT. |
| Doc #433 | DENIED as MOOT. |
| Doc #671 | DENIED as MOOT. |
| Doc #669 | DENIED as MOOT. |
| Doc #629 | DENIED as MOOT and DENIED as OVERBROAD. |
| Doc #661 | DENIED in PART and DENIED as MOOT, OVERBROAD and VAGUE in PART. |
| Doc #447 | DENIED as MOOT. |
| Doc #616 | DENIED as MOOT. |
| Doc #595 | DENIED as MOOT. |
| Doc #677 | DENIED as MOOT. |
| Doc #633 | DENIED as MOOT. |

2:20 p.m.   Mr. Reisch is excused.

**Defendants' Motions for 404(b) Notices.**

| | |
|---|---|
| Doc #455 | GRANTED. |
| Doc #435 | GRANTED. |
| Doc #613 | GRANTED. |
| Doc #594 | GRANTED, to the extent it requests 404(b) notice. |

| | |
|---|---|
| **Doc #643** | **GRANTED.** |
| **Doc #445** | **GRANTED.** |
| **Doc #468** | **GRANTED.** |
| **Doc #652** | **GRANTED.** |

**ORDERED:** Government shall provide 404(b) notices **60** days before trial.

**2:25 p.m.** Defendants Jeramy Antuna, Jose Martinez and Skyler Valencia are briefly excused and waive their appearance.

**ORDERED:** Court **DEFERS** ruling on the following motions:

**Doc #458, Doc #432, Doc #439, Doc #615, Doc #446 and Doc #653.**

**2:27 p.m.** Defendants Jeramy Antuna, Jose Martinez and Skyler Valencia have returned to the courtroom.

**Motions for Bill of Particulars**

| | |
|---|---|
| **Doc #465** | **DENIED** |
| **Doc #651** | **DENIED as MOOT.** |

**ORDERED:** Government's Motion to Dismiss Count 88 of the Superseding Indictment as to defendant Anthony Rivera is due by **12:00 noon on October 18, 2010.**

**Defendants' Jencks specific motions**

| | |
|---|---|
| **Doc #657** | **DENIED.** |
| **Doc #662** | **DENIED.** |

**Defendants' Motions for Discovery of Expert Witnesses.**

**ORDERED:** Court **DEFERS** ruling on the following motions:

**Doc #436, Doc #618, Doc #646, Doc #622, Doc #449, Doc #640 and Doc #659.**

**Defendants' Motions for Disclosure of Confidential Informants.**

| | |
|---|---|
| **Doc #437** | **DENIED.** |
| **Doc #670** | **DENIED.** |

| | |
|---|---|
| **Doc #648** | **DENIED.** |
| **Doc #467** | **DENIED.** |
| **Doc #636** | **DENIED.** |
| **Doc #626** | **DENIED.** |
| **Doc #655** | **DENIED.** |

**Defendant Jeramy Antuna's Motion for Disclosure of Confidential Informant (Doc #463).**

Argument by Mr. Jurdem. Questions by the Court.

Argument by Ms. Menendez. Questions by the Court.

Further argument by Mr. Jurdem.

**ORDERED:** Government shall file supplemental brief addressing the issue of the confidential informant raised in **Doc #s 463, 639, 645 and 675** within **20** days from today. Defendant Anna Askvig may file her response **10** days after the Government's filing.

**ORDERED:** The following motions are **TAKEN UNDER ADVISEMENT.**

**Doc #459, Doc #664, Doc #608, Doc #638, Doc #440, Doc #466 and Doc #647.**

**Defendants' Motions to Dismiss Various Counts of the Indictment.**

| | |
|---|---|
| **Doc #609** | **DENIED.** |
| **Doc #665** | **DENIED.** |
| **Doc #674** | **DENIED.** |
| **Doc #642** | **DENIED.** |

Court discusses scheduling issues.

Comments by Mr. Sears.

Comments by Mr. Jurdem.

Comments by Ms. Merritt.

Further comments by Mr. Sears.

Page Six
10-CR-00326-PAB
October 15, 2010

Comments by Ms. Menendez.

**ORDERED:** Defendants' Motions to Suppress, specific to the defendants are due **November 8, 2010.** Government's responses are due **November 19, 2010.**

**ORDERED:** Motions hearing is scheduled for **December 1, 2010** at **9:00 a.m.**

Ms. Merritt, at the Court's request, volunteers to confer with defense counsel and determine if some agreement can be reached in terms of when wiretap motions can be filed.

**ORDERED:** Ms. Merritt is directed, after conferring with defense counsel, to file a pleading indicating when at least the majority of defense counsel will be in a position to file wiretap motions.

**ORDERED:** Bonds continued as to defendants Anna Askvig, Freddie Kinzie-Garcia, Jose Luis Dominguez and Amanda Montes.

**ORDERED:** Remaining defendants are REMANDED to the custody of the U.S. Marshal.

**3:09 p.m.   COURT IN RECESS**

**Total in court time:     115 minutes**

**Hearing concluded**